SOLICITOR FOR THE AFFAIRS OF HIS MAJESTY'S TREASURY v. BANKERS TRUST COMPANY OF NEW YORK.— Present — Glennon, J. P., Dore, Cohn and Shientag, JJ. [See *ante*, p. 565.]

In the Matter of METROPOLE SOMERSET CAFE, INC., Petitioner, against JOHN F. O'CONNELL et al., Constituting the New York State Liquor Authority,

**734**

Respondents.— Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 645.]